Anthony J. Orshansky, SBN 199364
anthony@counselonegroup.com
Alexandria R. Kachadoorian, SBN 240601
alexandria@counselonegroup.com
Justin Kachadoorian, SBN 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9465 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff SALVADOR CALDERA

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIC, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TARYN Q. McPHERSON, Cal. Bar. No. 329461
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947
npopovic@sheppardmullin.com
amclean@sheppardmullin.com

Attorneys for Defendants
PNY Technologies, Inc. and DPI, Inc. a/k/a
Digital Products International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CALDERA,<br><br>    Plaintiff,<br><br>v.<br><br>PNY TECHONOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. CV 25-7462 PA (MAAx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Salvador Caldera and Defendants PNY Technologies, Inc., and DPI, Inc. a/k/a Digital Products International, Inc. have reached a settlement in the above-referenced case. The parties are in the process of memorializing their agreement, which they anticipate will occur before the October 6, 2025 Scheduling Conference. Once the settlement agreement is fully executed, Plaintiff will file a notice of dismissal of the entire action.

                                                  Respectfully submitted,

DATED:  September 22, 2025        COUNSELONE, PC

                                              By:  /s/ Justin Kachadoorian
                                                  Justin Kachadoorian

                                              *Attorneys for Plaintiff*

DATED:  September 22, 2025        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                             By:  /s/ Anna S. McLean
                                                  Anne S. McLean

                                              *Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(i)(3) and General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of her signature on the document.

By: /s/ Justin Kachadoorian
Justin Kachadoorian

SMRH:4902-5558-3595.1

-2-