**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CALDERA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PNY TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　Defendant(s). | Case No. CV 25-7462 PA (MAAx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's October 3, 2025 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: October 3, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE